FILED

SEP -9 2015

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Richard Gray,                          )
                                       )
          Plaintiff,                   )
                                       )        Case: 1:15-cv-01469
          v.                           )        Assigned To : Unassigned
                                       )        Assign. Date : 9/9/2015
Carissa E. Brinker et al.,             )        Description: Pro Se Gen. Civil (F Deck)
                                       )
          Defendants.                  )

MEMORANDUM OPINION

Plaintiff, proceeding *pro se*, has submitted a complaint and an application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed. *See* 28 U.S.C. § 1915(e)(2)(B)(ii) (requiring dismissal of a case upon a determination that the complaint fails to state a claim upon which relief may be granted).

Plaintiff, a resident of Warner Robins, Georgia, sues a county court and an attorney in the county under the federal Privacy Act, 5 U.S.C. § 552a. He seeks money damages for the alleged failure of the county court to maintain "accurate and truthful records which resulted in an adverse effect on the Plaintiff." Compl. at 3. Since the Privacy Act applies only to federal agencies, *Martinez v. Bureau of Prisons*, 444 F.3d 620, 624 (D.C. Cir. 2006), this case will be dismissed. A separate order accompanies this Memorandum Opinion.

Date:  September 2nd, 2015          _____
                                    United States District Judge